■ Louise A. Willis et al., Respondents, v. Maria L. Conkling, Doing Business as Bayport Flower Houses, Appellant.— In a negligence action to recover damages for personal injury and loss of services, defendant appeals from an order of the Supreme Court, Suffolk County, dated January 28, 1964, which granted plaintiffs' motion to vacate a prior order dismissing the complaint for lack of prosecution pursuant to rule 3216 of the Civil Practice Law and Rules. Order of January 28, 1964, reversed, without costs, and motion denied. In our opinion, plaintiffs' purported affidavit of merits is patently insufficient. It was not made by one having personal knowledge, nor does it set forth statements of an evidentiary nature which show that plaintiffs have provable causes of action. In addition, the delay in the prosecution of the action cannot be justified by the mere claim that in the interim plaintiffs were attempting to learn the nature and extent of the injury and damage sustained (CPLR 3216; *Keating* v. *Smith*, 20 A D 2d 141; *Sortino* v. *Fisher*, 20 A D 2d 25). Beldock, P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

(April 28, 1964)

■ In the Matter of John M. Lawrence, Petitioner, v. Supreme Court of the State of New York, Queens County, et al., Respondents.— Proceeding pursuant to article 78 of the Civil Practice Law and Rules, by John M. Lawrence individually and "as a Representative Member of His Class of Members of the New York (Manhattan) Chapter of the Congress of Racial Equality (C. O. R. E.)," to prohibit the respondents from taking any further steps or proceedings in a pending action for a permanent injunction, entitled "The People of the State of New York ex rel Frank D. O'Connor, District Attorney, Queens County, plaintiff, v. Arnold Goldwag, et al., etc., defendants," or under any order previously made therein granting a temporary injunction. Cross motion by the respondents to dismiss the petition granted, and petition dismissed, without costs, on the ground that it appears on its face that as matter of law the petitioner is not entitled to the relief requested. Application by the various defendants named in the above-mentioned injunction action for leave to intervene as parties in this article 78 proceeding, withdrawn by the movants upon the argument of the petition. Beldock, P. J., Ughetta, Christ, Brennan and Hill, JJ., concur.